FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 25 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

William Boyd

**CRIMINAL COMPLAINT**

Case Number: 1:17-MJ-917
UNDER SEAL

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about April 1, 2017 through May 2017, in Cobb County, in the Northern District of Georgia, defendant did distribute and possess child pornography

in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_____
Signature of Complainant
Brian Clarity

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

October 25, 2017                              at    Atlanta, Georgia
Date                                                City and State

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE         _____
Name and Title of Judicial Officer              Signature of Judicial Officer
AUSA Skye Davis

I, Brian Clarity, being first duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Atlanta Division Violent Crimes Against Children squad. I have been a Special Agent since March 2010. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2252 and 2252A, which criminalize the possession, receipt, and distribution of child pornography, and violations of Title 18, United States Code, Section 2251, which criminalizes the coercion and enticement of minors to produce child pornography. I have received training from the FBI to investigate violations of these statutes, and I have participated in the execution of search warrants pertaining to these types of investigations.

2. The statements contained in this Affidavit are based on my personal observations, my training and experience, as well as information obtained from other agents and witnesses. I have set forth only the facts that I find necessary to establish probable cause to believe that WILLIAM BOYD distributed and possessed child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4).

## BACKGROUND ON KIK MESSENGER

3. Kik Messenger ("Kik") is an instant messaging application for mobile devices. The application is available on most iOS, Android, and Windows phone

        operating systems free of charge. Kik uses a smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile web-pages, linked internet files and other content.

4.     Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers date, time, internet protocol (IP) address[1] and device related information. The username is the only unique identifier used by Kik. According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated and can never be changed.

## BACKGROUND ON DROPBOX, INC.

5.     Dropbox is a company that provides online storage medium on the Internet which can be accessed from a computer or electronic storage device. Dropbox subscribers obtain a Dropbox account by registering with an email address. When the subscriber transfers a file to a Dropbox account, it is initiated at the user's computer or electronic device, transferred via the Internet to the Dropbox servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that

---

[1] An IP address is a series of four sets of digits separated by a decimal. The Internet Service Provider supplies the IP address to its customers, which is used to access the internet. The investigative value of the IP address is that it identifies the physical location of the computer or electronic device that accessed the internet during the relevant period.

2

Dropbox account. If the subscriber does not delete the content, the files can remain on Dropbox servers indefinitely. Even if the subscriber deletes their account, it may continue to be available on the Dropbox servers for a certain period of time.

6. Subscribers can share Dropbox files by creating a Dropbox link. Dropbox links can be created for specific content or files from the subscriber's account, and the link can be sent from Dropbox or can be copied and pasted and sent as a hyperlink using another medium outside Dropbox. A person does not need to have a Dropbox account to access the contents from a shared link. Once the link is accessed by other users, they have the ability to download that content to their own account or electronic device. Dropbox maintains logs of IP addresses that have accessed a created link for a historical period of 30 days.

## CURRENT INVESTIGATION

7. In April 2017, an FBI undercover employee (UCE) had access to a Kik messenger group chat called "Boy Links Only! Send on Entry or be Kicked," that appeared to show an interest in children and/or child pornography.

8. An individual utilizing the Kik username "tumnus13," was a member of the "Boy Links Only! Send on Entry or be Kicked" Kik chat group. Participants in this chat group would share photographs, videos and/or posted links that contained child pornography within the group chat.

9. On or about May 17, 2017 "tumnus13" posted a Dropbox link, which was captured by the FBI UCE. The UCE opened and downloaded the Dropbox link

3

posted by "tumnus13" and found images and videos consistent with child pornography.

10. The Dropbox link downloaded by the UCE contained twelve photographs depicting child pornography, as described below:

    i. What appears to be a prepubescent male with an erect penis standing sideways in front of a mirror taking a picture of himself with a cell phone.

    ii. What appears to be a prepubescent male sitting on his knees with his penis exposed.

    iii. What appears to be a prepubescent male putting on underwear with his penis exposed.

    iv. What appears to be a prepubescent male lying on his side exposing his testicles and anus.

    v. What appears to be a prepubescent male, appearing to be asleep, lying on his back with his penis exposed.

    vi. What appears to be a prepubescent male with an erect penis standing in front of a mirror taking a picture of himself with a cell phone.

    vii. What appear to be two prepubescent males with their arms around each other with their penises exposed. One male appears to be urinating.

      viii.      A male inserting his penis into the anus of what appears to be a prepubescent male with an erect penis.

      ix.      What appear to be three completely nude prepubescent males with their penises exposed.

      x.      What appears to be a prepubescent male with an exposed penis standing in front of a mirror taking a picture of himself with a camera.

      xi.      An open shower with what appears to be twelve nude prepubescent males with their buttocks exposed. One male has his penis exposed.

      xii.      What appears to be a prepubescent male inserting his penis into the mouth of what appears to be a prepubescent male.

11. On or about May 26, 2017, the FBI served an administrative subpoena on Kik, requesting subscriber identification information associated with username "tumnus13." Kik's response included an email address, thomasboyd@me.com, and an IP address that was regularly assigned when the target account accessed Kik. The IP address was assigned by AT&T.

12. On July 5, 2017, the FBI served an administrative subpoena on AT&T requesting subscriber identification and physical service address information associated with the IP address that was used regularly to access the target Kik account. AT&T provided the following information associated with the IP address: subscriber William T. Boyd, service address: 1791 Hasty Road,

5

|  |  |
|---|---|
|  | Marietta, Georgia, 30062, telephone number 770-XXX-1322, email address wtb240@gmail.com and wtb27@att.net. |
| 13. | Upon receipt of the above information, the FBI utilized both open source and law enforcement databases to identify the user of the Kik account "tumnus13". Two individuals using the name William Boyd were found to be using the address of 1791 Hasty Road, Marietta, Georgia, 30062. One William Boyd has a date of birth of XX/XX/1940 and the other has a date of birth of XX/XX/1990. Further research has identified Kik user "tumnus13" as William Boyd, white male, date of birth XX/XX/1990, social security number XXX-XX-7190. |
| 14. | The user name "@tumnus13" is used for a Twitter profile of Thomas Boyd with a location provided of Kennesaw, Georgia. A Facebook profile for Thomas Boyd using the URL of www.facebook.com/ThomasBoyd13 was also located. Photographs posted on both these Twitter and Facebook accounts match that of the profile photograph used by Kik user "tumnus13," which also matches the driver's license photograph of "William Boyd" with a date of birth of XX/XX/1990, identified above. |
| 15. | On, September 29, 2017, I conducted surveillance at 1791 Hasty Road, Marietta, Georgia, 30062, the address linked to the IP address being used at the time the dropbox link was posted, and I found four AT&T wi-fi networks that could be associated with the residence: ATTFN6e9v7, ATT3M57sSw, ATT6NEN5fr, and ATTr4uXAys. All of the networks were secure password required networks. |

6

16. In October 2017, further database checks surfaced an address of 1675 Roswell Road NE, Apartment 1416, Marietta, Georgia, associated with William Boyd, date of birth XX/XX/1990. Utility records confirmed that a utility account was established at 1675 Roswell Road NE, Apartment 1416, Marietta, Georgia for William Boyd, date of birth XX/XX/1990 using the email address Thomasboyd@me.com, the same email address used to register Kik user "tumnus13". Management at The Knolls, the apartment complex located at 1675 Roswell Road NE, Marietta, Georgia, confirmed that William Boyd had taken occupancy in apartment number 1416 in September 2017. Boyd provided The Knolls the email address Thomasboyd@me.com, the same email address used to register Kik user "tumnus13."

17. On October 23, 2017, the Honorable Catherine M. Salinas United States Magistrate Judge signed a search warrant authorizing a search of 1675 Roswell Road NE, Apartment 1416, Marietta, Georgia. (See 1:17-MC-1239). The search warrant was executed on October 25, 2017, and William Boyd was present at the time the warrant was executed.

18. That same date, William Boyd told law enforcement that he is the user of Kik account "tumnus13." Boyd said he accessed the Kik account on an iphone he owned. The iphone was password protected, but Boyd provided agents with the password for the phone.

19. Boyd also told law enforcement that he viewed images of child pornography on his iphone. Boyd stated that he had received images of child pornography through his Kik account "tumnus13."

20. Boyd stated that he had distributed child pornography via a Dropbox Link within Kik. Boyd said he had viewed the contents of the Dropbox Link prior to distributing this link.

21. Based upon my investigation and Boyd's admission, I know Boyd is currently employed as a therapist at Devereux Advanced Behavioral Health in Kennesaw, Georgia and works with at risk males ages 14 – 21. Boyd has admitted to "grooming" two 16 year-old males placed at Devereux for the purpose of having sexual contact with them when they graduate from the facility. Boyd also admitted to being sexually aroused when restraining juvenile males in the normal course of his work at Devereux.

## CONCLUSION

22. Based on the foregoing information, I respectfully submit that there is probable cause to believe that between April 2017, and May 2017, WILLIAM BOYD, distributed and possessed child pornography, in violation of Title 18, United States Code 2252(a)(2) and 2252(a)(4).